on the docket of this Court, entitled "Jeanne Bazanac, wife of/and Octave Bazanac, v. State of Louisiana, Department of Highways, Raymond Concrete Pile, Division of Raymond International, Inc., and Liberty Mutual Insurance Company" scheduled for hearing on November 10, 1969, and that the parties are permitted to file type-written briefs.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

227 So.2d 144

**Fred B. KING et ux.**

**v.**

**ALLSTATE INSURANCE COMPANY.**

No. 50043.

Oct. 23, 1969.

In re: Fred B. King and Merle N. King applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 224 So.2d 42.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

227 So.2d 144

**SUN SALES CO., Inc.**

**v.**

**Calvin HODGES and Boimare Construction Corporation.**

No. 50052.

Oct. 23, 1969.

In re: Boimare Construction Corporation, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 224 So.2d 157.